**DISMISSED and Opinion Filed February 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00811-CV**

**DONALD HAWTHORNE AND MELODY HEDGER, Appellants**
**V.**
**MISSION ROCKWALL APT., Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI19-0051**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Schenck, and Justice Reichek
Opinion by Justice Reichek

Appellants' brief in this case is overdue. By postcard dated November 13, 2019, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).



/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190811F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DONALD HAWTHORNE AND
MELODY HEDGER, Appellants

No. 05-19-00811-CV          V.

MISSION ROCKWALL APT., Appellee

On Appeal from the County Court at Law,
Rockwall County, Texas
Trial Court Cause No. CI19-0051.
Opinion delivered by Justice Reichek.
Chief Justice Burns and Justice Schenck
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 5, 2020